[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 28, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15659
Non-Argument Calendar

_____

D.C. Docket No. 02-01897-CV-2-P-S

WENDELL CILLIE,

                                                    Plaintiff-Appellant,

                          versus

ALABAMA DEPARTMENT OF YOUTH SERVICES,
WALTER WOOD, in his individual capacity,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(April 28, 2006)**

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Appellant-plaintiff Wendell Cillie (Cillie) appeals the district court's grant of summary judgment in favor of the appellees-defendants Alabama Department of Youth Services (DYS), and J. Walter Wood (Wood), and against Cillie's claims arising under 42 U.S.C. § 1983, (deemed abandoned after conceded by him), and against Cillie's race, gender and retaliation claims brought under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e, *et seq*.

After carefully reviewing the record on appeal and reading the parties' briefs, we affirm this appeal for the reasons stated in the thorough and well-reasoned memorandum opinion of the Honorable R. David Proctor, filed on August 31, 2005, finding that there are no material factual disputes and that the defendants were entitled to judgment as a matter of law regarding Cillie's federal claims. The judgment by the district court of the same date granting summary judgment to defendants is

AFFIRMED.